No. 02–1753.   CALIFORNIA DEMOCRATIC PARTY ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1755.   AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.; and

No. 02–1756.   CHAMBER OF COMMERCE OF THE UNITED STATES ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.   D. C. D. C. [Probable jurisdiction noted, *ante*, p. 911.] Motion of plaintiffs Senator Mitch McConnell et al. to file volume VI of the joint appendix under seal granted. Motion of the intervenor-defendants to file their brief under seal with redacted copies for the public record granted.

No. 02–9410.   CRAWFORD *v.* WASHINGTON.   Sup. Ct. Wash. [Certiorari granted, *ante*, p. 914.] Motions of National Association of Criminal Defense Lawyers et al. and Sherman J. Clark et al. for leave to file briefs as *amici curiae* granted.

No. 01–10249.   SIMMONS *v.* CITY OF SHREVEPORT CODE ENFORCEMENT BUREAU, 537 U. S. 839;

No. 02–94.   OVERTON, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. *v.* BAZZETTA ET AL., *ante*, p. 126;

No. 02–241.   GRUTTER *v.* BOLLINGER ET AL., *ante*, p. 306;

No. 02–722.   AMERICAN INSURANCE ASSN. ET AL. *v.* GARAMENDI, INSURANCE COMMISSIONER, STATE OF CALIFORNIA, *ante*, p. 396;

No. 02–1121.   SANDSTAD *v.* CB RICHARDS ELLIS, INC., *ante*, p. 926;

No. 02–1518.   SANDERS *v.* MAY DEPARTMENT STORES CO., *ante*, p. 942;

No. 02–1562.   MADIGAN *v.* NABISCO BRANDS, INC./RJ REYNOLDS CO., INC., *ante*, p. 959;

No. 02–1575.   SNYDER-FALKINHAM ET AL. *v.* STOCKBURGER ET AL., *ante*, p. 959;

No. 02–1592.   MILLS ET AL. *v.* DAVIS, GOVERNOR OF CALIFORNIA, ET AL., *ante*, p. 959;

No. 02–1601.   RATCLIFF *v.* EXXONMOBIL CORP., *ante*, p. 943;

No. 02–5068.   SIMMONS *v.* TWIN CITY TOWING CO., 537 U. S. 892;

No. 02–8866.   SEARLES *v.* TOWN OF WEST HARTFORD BOARD OF EDUCATION, 538 U. S. 963;

No. 02–9508. HEDRICK v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 538 U. S. 1038;

No. 02–9517. HAWTHORNE v. CAIN, WARDEN, 538 U. S. 1038;

No. 02–9620. LANCASTER v. FINN, WARDEN, ET AL., 538 U. S. 1040;

No. 02–9857. DORSEY v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL., ante, p. 906;

No. 02–9899. BUI PHU XUAN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 906;

No. 02–9989. PARNELL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ante, p. 918;

No. 02–10033. SMITH v. ENGLISH ET AL., 538 U. S. 1064;

No. 02–10035. SANDERS v. NEUMAN, 538 U. S. 1064;

No. 02–10051. BACH v. FLORIDA, 538 U. S. 1064;

No. 02–10063. GARBUSH v. WORKERS' COMPENSATION APPEAL BOARD OF PENNSYLVANIA, ante, p. 929;

No. 02–10082. COOK v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., ante, p. 930;

No. 02–10107. HUTCHISON v. BELL, WARDEN, ante, p. 944;

No. 02–10162. NIXON v. ELO, WARDEN, ante, p. 931;

No. 02–10165. CHALFANT v. TEXAS, ante, p. 944;

No. 02–10181. CURTIS v. OHIO, ante, p. 945;

No. 02–10205. JOHNSON v. UNITED STATES, 538 U. S. 1051;

No. 02–10266. BYNUM v. SPARKMAN, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ante, p. 932;

No. 02–10295. FARRIS v. NATIONSBANC MORTGAGE CORP. ET AL., ante, p. 947;

No. 02–10310. SHELTON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 961;

No. 02–10325. SPIGNER v. AUSTIN ET AL., ante, p. 961;

No. 02–10351. BOWLING v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ante, p. 962;

No. 02–10366. KRONCKE v. SALDATE ET AL., ante, p. 962;

No. 02–10421. SCAFF-MARTINEZ v. UNITED STATES, ante, p. 920;

No. 02–10544. SHARWELL v. SHARWELL ET AL., ante, p. 949;

No. 02–10621. LOPEZ v. UNITED STATES, ante, p. 935;

No. 02–10698. JOHNSON v. UNITED STATES, ante, p. 937;

No. 02–10706.   DAVIS, AKA SWANSON *v.* UNITED STATES, *ante,* p. 937;

No. 02–10717.   ZHENGXING *v.* TOMLINSON, CHAIRMAN, UNITED STATES BROADCASTING BOARD OF GOVERNORS, *ante,* p. 965;

No. 02–10733.   BROWN *v.* UNITED STATES, *ante,* p. 950;

No. 02–10741.   DIAZ-CLARK, AKA LNU *v.* UNITED STATES, *ante,* p. 951;

No. 02–10802.   WEEKS *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 967;

No. 02–10821.   WHITTENBURG *v.* UNITED STATES, *ante,* p. 952; and

No. 02–10852.   O'LESKA *v.* BROWNLEE, ACTING SECRETARY OF THE ARMY, *ante,* p. 967.   Petitions for rehearing denied.

No. 01–8709.   ANUNKA *v.* CAMPBELL ET AL., 535 U. S. 1039. Motion for leave to file petition for rehearing denied.

SEPTEMBER 3, 2003

No. 03A185.   HIRSH ET AL. *v.* FLORIDA.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.   Certiorari denied.

SEPTEMBER 5, 2003

No. 02–431.   LIEBEL ET AL. *v.* VISITING NURSE ASSN. ET AL., 537 U. S. 1029;

No. 02–1400.   MANNING *v.* NEW YORK UNIVERSITY, 538 U. S. 1035;

No. 02–7489.   ROSALES *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 960;

No. 02–8282.   LUKER *v.* RODERICK, 537 U. S. 1215;

No. 02–8856.   KADYEBO *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., 538 U. S. 963;

No. 02–9897.   IN RE BREWER, *ante,* p. 902;

No. 02–9934.   DEWITT *v.* WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, *ante,* p. 961;